Walter O'Cheskey  
Chapter 13 Trustee  
6308 Iola Avenue  
(806) 748-1980  Phone  
(806) 748-1956  Fax  

IN THE UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF TEXAS  
ABILENE DIVISION  

IN RE:

MARCUS CLAIBORNE NORTON

CASE NO: 11-10307-RLJ-13  
HEARING DATE:  6/6/2012  
HEARING TIME:   11:00 AM  

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectfully show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 014 0 U | CHASE BANK USA | $11,088.76 | 016 0 U * | TOYOTA MOTOR CREDIT CORPORATION | $1.00 |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 * | CALLAHAN COUNTY TAX ASSESSOR | PROPERTY TAXES | $0.00 | $337,770.00 | | | SURRENDERED |
| 009 0 * | MORTGAGE INVESTORS COR | HOMESTEAD--STAY LIFTED | $0.00 | $337,770.00 | | | STAY LIFTED |
| **PRIORITY CREDITORS** | | | | | | | |
| 003 0 | INTERNAL REVENUE SERVICE | 2008-2010 INCOME TAXES | $14,568.68 | | | 60 | $297.32 PAID BY TRUSTE |
| | Claim term is extended from 32 to 60 months.  See Trustee's Modification below. | | | | | | |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 012 0 U | NATIONAL DEBT RESOLUTION-TRAVIS BICKLE | $8,906.51 | 018 0 U * | INTERNAL REVENUE SERVICE | $5,006.73 |
| | *PURCHASES/CHASE WAMU* | | | *2006-2008 INCOME TAXES* | |
| | | | | *Not provided for in confirmed plan.* | |
| 019 0 U * | INTERNAL REVENUE SERVICE | $4,283.60 | | | |
| | *PENALTY* | | | | |
| | *Not provided for in confirmed plan.* | | | | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim.  Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## **TRUSTEE'S PLAN MODIFICATION**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

The $14,568.68 priority portion of the IRS's $23,859.01 claim, clerk's claim #1, shall be treated over 60 months with a monthly payment of $297.32.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 6/6/2012 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO: US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   4/5/2012                                        /s/ Walter O'Cheskey
                                                        _____
                                                        Walter O'Cheskey
                                                        Chapter 13 Trustee

```
CALLAHAN COUNTY TAX ASSESSOR 100 W 4TH STE 101  BAIRD TX 79504
CFS II 2488 E 81ST ST STE 500 TULSA OK 74137
CHASE BANK USA PO BOX 100043  KENNESAW GA 30156
CHASE PO BOX 15298  WILMINGTON DE 19850
GMAC MORTGAGE LLC / BANKRUPTCY DEPT 4375 JUTLAND DRIVE SUITE 200 PO BOX 17933 SAN DIEGO CA 92177
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JUNE A MANN 4375 JUTLAND DRIVE SUITE 200 PO BOX 17933 SAN DIEGO CA 92177
JUNE A MANN 550 WESTCOTT SUITE 560  HOUSTON TX 77007
MARCUS CLAIBORNE NORTON 4110 VINEYARD DR  PASO ROBLES CA 93445
MCCREARY VESELKA BRAGG & ALLEN PO BOX 1269  ROUND ROCK TX 78680
MICHAEL REED MCCREAY VESELKA ET AL PO BOX 1269 ROUND ROCK TX 78680
MICHAEL REED OR LEE GORDON PO BOX 1269  ROUND ROCK TX 78680
MORTGAGE INVESTORS COR 3451 HAMMOND AVE  WATERLOO IA 50702
NATIONAL DEBT RESOLUTION-TRAVIS BICKLE CFS II 2488 EAST 81ST ST  SUITE 500 TULSA OK 74137
PHILLIPS & COHEN ASSOCIATES 695 RANCOCAS ROAD  WESTAMPTON NJ 08060
TOYOTA MOTOR CREDIT CORPORATION PO BOX 8026  CEDAR RAPIDS IA 52408
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WELTMAN WEINBERG & REIS CO  LPA 175 SOUTH THIRD STREET SUITE 900  COLUMBUS OH 43215
```